IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JESUS A. CARDENAS ESPARZA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION 7:23-cv-00345 |
| AMERICAN SECURITY INSURANCE COMPANY, | § § § § | |
| *Defendant.* | § | |

## ORDER GRANTING AMENDED JOINT STIPULATION FOR DISMISSAL

The Court, having considered the Joint Stipulation of Dismissal filed by Plaintiff, Jesus A. Cardenas Esparza and Defendant American Security Insurance Company, being fully advised and for good cause shown, is of the opinion that the stipulation should be GRANTED.

**IT IS THEREFORE ORDERED:**

1. Plaintiff's claims against Defendant are hereby dismissed with prejudice to refiling of same; and

2. Each party shall bear its own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED.**

SIGNED this 22nd day of January, 2024.

RICARDO H. HINOJOSA
PRESIDING JUDGE